# United States District Court

## Southern District of Georgia

Amanda Lee

_____
Plaintiff

v.

C.R. Bard, Inc., et al.

_____
Defendant

Case No.  4:20-cv-00071-WTM-CLR

Appearing on behalf of

Plaintiff, Lee
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 26th day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER:  John H. Gomez

Business Address:  GOMEZ TRIAL ATTORNEYS
Firm/Business Name

655 West Broadway, Suite 1700
Street Address

_____  San Diego   CA    92101
Street Address (con't)   City    State   Zip

_____
Mailing Address (if other than street address)

_____  _____  _____
Address Line 2   City   State   Zip

619-237-3490    _____
Telephone Number (w/ area code)   Georgia Bar Number

Email Address:  john@thegomezfirm.com